ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Venable Industries | ) ASBCA No. 59668 |
| | ) |
| Under Contract No. N68335-06-C-0311 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Donald Woodard
                                                                   President

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                                                               DCMA Chief Trial Attorney
                                                                           Joseph D. Keller, Esq.
                                                                               Trial Attorney
                                                                               Defense Contract Management Agency
                                                                               Chantilly, VA

ORDER OF DISMISSAL

For reasons indicated by both parties, the Board is unable to proceed with the disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within three years from the date of this order, the dismissal shall be deemed with prejudice.

Dated: 21 July 2015

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59668, Appeal of Venable Industries, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals